UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAYLEE HEPPNER,<br><br>　　　　Defendant. | 5:23-CR-50153-KES-04<br><br><br>ORDER FOR TEMPORARY DETENTION |

　　　Defendant Kaylee Heppner appeared before the court on Monday, September 25, 2023, for an initial appearance and arraignment on an indictment pending in this district. The defendant appeared in person and by her counsel, the Assistant Federal Public Defender. The United States appeared by Assistant United States Attorney. At the hearing, defense counsel requested a continuance of the detention hearing pursuant to the Bail Reform Act, 18 U.S.C § 3142(f). Good cause appearing, it is hereby

　　　ORDERED that Mr. Heppner shall be temporarily detained in the custody of the United States Marshals Service until she appears for her detention hearing on Wednesday, September 27, 2023, at 1:40 p.m. in Courtroom 2, 515 Ninth Street, Rapid City, South Dakota.

　　　DATED this 25th day of September, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_/s/ Daneta Wollmann_
　　　　　　　　　　　　　　　　　　DANETA WOLLMANN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge